AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., <br><br> *Plaintiff* <br><br> v. <br><br> THERMO FISHER SCIENTIFIC INC., <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 16-358 <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Thermo Fisher Scientific Inc.
    c/o Capitol Services, Inc. (registered agent)
    1675 S. State Street, Suite B
    Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Steven J. Balick
    Ashby & Geddes
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/13/2016        *Alicia Holmes*
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-358

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thermo Fisher Scientific Inc.
was received by me on *(date)* 05-16-2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brittni Janess @ 1:47 p.m. , who is
designated by law to accept service of process on behalf of *(name of organization)* Capitol Services, Inc., 1675
South State Street, Suite B, Dover, DE 19901 on *(date)* 05-16-2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05-16-2016

*Server's signature*

Tina Irizarry-Process Server
*Printed name and title*

1111B South Governors Ave.
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:
Description of person accepting service: Caucasian female approximately 5'3", 140 lbs, 25-30 years of age w/blonde hair.